Robert MARTIN, Claimant–Appellant,

v.

Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2014–7047.

United States Court of Appeals, Federal Circuit.

Sept. 16, 2014.

Robert Martin, Nelsonville, OH, pro se.

Shelley D. Weger, Esq., Department of Justice, Meghan Alphonso, Y. Ken Lee, Deputy Assistant General Counsel, Department of Veterans Affairs Office of General Counsel, Washington, DC, for Respondent–Appellee.

Before PROST, Chief Judge, WALLACH and CHEN, Circuit Judges.

## ON MOTION

PER CURIAM.

## ORDER

Upon consideration of Robert Martin's motion for reconsideration of this court's July 16, 2014 order granting the Secretary's motion for summary affirmance, IT IS ORDERED THAT:

The motion is denied.

MORRIS NATIONAL, INC., Appellant,

v.

ADAMS & BROOKS, INC., Appellee.

No. 2014–1224.

United States Court of Appeals, Federal Circuit.

Sept. 17, 2014.

Elliot B. Gipson, Fayer Gipson LLP, of Los Angeles, CA, argued for appellant. With him on the brief was Phu Nguyen.

Bassam N. Ibrahim, Buchanan Ingersoll & Rooney PC, of Alexandria, VA, argued for appellee. With him on the brief was Bryce J. Maynard.

CHEN, LINN, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**